

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-15-00670-CV

Berenice C. **DIAZ**, individually and as next friend of J.P.L.,
Appellant

v.

James E. **MONNIG**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13493
Honorable Cathleen M. Stryker, Judge Presiding

No. 04-15-00789-CV

Berenice C. **DIAZ**, individually and as next friend of J.P.L.,
Appellant

v.

John A. **MEAD**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13493
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

We grant appellees' joint motion for extension of time to file their brief and **order** the joint brief of James E. Monnig and John A. Mead due **September 14, 2016**. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court